1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5080
7     Fax: (408) 535-5066
      E-Mail: Casey.O'Neill@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   CASE NO. 13-CR-00727 DLJ
                                        )
14                                      )   STIPULATION AND  ORDER
                                        )   CONTINUING STATUS DATE & EXCLUDING
15       v.                             )   TIME
                                        )
16  GREGORIO LEON-GARCIA,               )
                                        )
17                                      )
                                        )
18            Defendant.                )
                                        )
19                                      )
                                        )
20  _____)

21       The government and defendant Gregorio Leon-Garcia, through their respective counsel, hereby

22  stipulate and request that the status hearing currently set for Thursday, August 21, 2014, at 9:00 a.m., be

23  continued to Thursday, September 25, 2014, at 9:00 a.m., before The Honorable D. Lowell Jensen,

24  United States District Judge.  The reasons for the requested continuance are that the undersigned

25  government counsel is at trial throughout August; and that the parties are evaluating discovery materials.

26       The parties also stipulate and request that the Court exclude time from August 21, 2014 through

27  and including September 25, 2014, as the reasonable time necessary for effective preparation of counsel,

28  given the ongoing evaluation of the case, and for continuity of government counsel, such that the ends of

1  justice served by the continuance outweigh the best interest of the public and the defendant in a speedy

2  trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

3

4  Dated:  August 5, 2014                                MELINDA HAAG

5                                                        United States Attorney

6                                                        _____/s/_____
                                                         CASEY O'NEILL
7                                                        Special Assistant United States Attorney

8                                                        _____/s/_____
9  Dated:  August 5, 2014                                VARELL FULLER
                                                         Counsel for defendant Gregorio Leon-Garcia
10

11

12

13                                    [] ORDER

14          Good cause appearing and by stipulation of the parties,

15          IT IS HEREBY ORDERED that the status hearing currently set for Thursday, August 21, 2014,

16  at 9:00 a.m., shall be continued to Thursday, September 25, 2014, at 9:00 a.m.

17          It is further ordered that time from August 21, 2014 through and including September 25, 2014,

18  shall be excluded from the computation of the time within which trial shall commence, as the reasonable

19  time necessary for effective preparation of counsel, and for continuity of government counsel, such that

20  the ends of justice served by the continuance outweigh the best interest of the public and the defendant

21  in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

22
     Öæ‹KÀ ÐFJ ÐFI
23                                                        _____

24                                                        HON. D. LOWELL JENSEN
                                                          United States District Judge
25

26

27

28